# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                      No. 4:09CR00322-02 JLH

GERALD HOPKINS, JR.                                                DEFENDANT

## **ORDER**

Gerald Hopkins, Jr.'s unopposed motion for early termination of supervised release is GRANTED. Document #118. Hopkins is hereby released from further supervision.

IT IS SO ORDERED this 9th day of April, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE