# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                  NO. 4:09CR00322-04 JLH

SAMUEL RAY BLACK, JR.                                     DEFENDANT

## ORDER

Samuel Ray Black, Jr., has filed a motion for early termination of probation. The Court directs the United States to file a response within fourteen days from the entry of this Order, stating whether the United States opposes the motion.

IT IS SO ORDERED this 18th day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE